WRIGHT, FINLAY & ZAK, LLP
Darren T. Brenner, Esq.
Nevada Bar No. 8386
Ramir M. Hernandez, Esq.
Nevada Bar No. 13146
7785 W. Sahara Ave., Suite 200
Las Vegas, NV 89117
(702) 475-7964; Fax: (702) 946-1345
rhernandez@wrightlegal.net
*Attorneys for National Collegiate Student Loan Trust ("NCSLT") aka National Collegiate Master Student Loan Trust I, NCSLT 2003-1, NCSLT 2004-1, NCSLT 2004-2, NCSLT 2005-1, NCSLT 2005-2, NCSLT 2005-3, NCSLT 2006-1, NCSLT 2006-2, NCSLT 2006-3, NCSLT 2006-4, NCSLT 2007-1, NCSLT 2007-2, NCSLT 2007-3, and NCSLT 2007-4*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| Richard Klein and Raymond Urias, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>National Collegiate Student Loan Trust aka National Collegiate Master Student Loan Trust I, National Collegiate Student Loan Trust 2003-1, National Collegiate Student Loan Trust 2004-1, National Collegiate Student Loan Trust 2004-2, National Collegiate Student Loan Trust 2005-1, National Collegiate Student Loan Trust 2005-2, National Collegiate Student Loan Trust 2005-3, National Collegiate Student Loan Trust 2006-1, National Collegiate Student Loan Trust 2006-2, National Collegiate Student Loan Trust 2006-3, National Collegiate Student Loan Trust 2006-4, National Collegiate Student Loan Trust 2007-1, National Collegiate Student Loan Trust 2007-2, National Collegiate Student Loan Trust 2007-3, and National Collegiate Student Loan Trust 2007-4,<br>Defendants. | Case No.: 2:22-cv-01392-GMN-BNW<br><br>**VERIFIED PETITION FOR PERMISSION TO PRACTICE IN THIS CASE ONLY BY ATTORNEY NOT ADMITTED TO THE BAR OF THIS COURT AND DESIGNATION OF LOCAL COUNSEL**<br><br>FILING FEE IS $250.00 |

Gregory T. Casamento, Petitioner, respectfully represents to the Court:

1. That Petitioner is an attorney at law and a member of the law firm of Locke Lord LLP with offices at 200 Vesey Street, 20th Floor, New York, NY 10281, (212) 415-8600, gcasamento@lockelord.com.

2. That Petitioner has been retained by Defendants, National Collegiate Master Student Loan Trust I, National Collegiate Student Loan Trust ("NCSLT") 2003-1, NCSLT 2004-1, NCSLT 2004-2, NCSLT 2005-1, NCSLT 2005-2, NCSLT 2005-3, NCSLT 2006-1, NCSLT 2006-2, NCSLT 2006-3, NCSLT 2006-4, NCSLT 2007-1, NCSLT 2007-2, NCSLT 2007-3, and NCSLT 2007-4, incorrectly sued as unknown purported entity "NCSLT aka National Collegiate Master Student Loan Trust I, NCSLT 2003-1, NCSLT 2004-1, NCSLT 2004-2, NCSLT 2005-1, NCSLT 2005-2, NCSLT 2005-3, NCSLT 2006-1, NCSLT 2006-2, NCSLT 2006-3, NCSLT 2006-4, NCSLT 2007-1, NCSLT 2007-2, NCSLT 2007-3, and NCSLT 2007-4," to provide legal representation in connection with the above-entitled case now pending before this Court.

3. That since April 14, 1998, Petitioner has been and presently is a member in good standing of the bar of the highest Court of the State of New York where Petitioner regularly practices law. Petitioner also has been and presently is a member of good standing of the bar of the highest Court of the State of Massachusetts since February 14, 1997. Petitioner shall attach a certificate from the state bar or from the clerk of the supreme court or highest admitting court of each state territory, or insular possession of the United States in which applicant has been admitted to practice law certifying the applicant's membership therein is in good standing.

4. That Petitioner was admitted to practice before the following United States District Courts, United States Circuit Courts of Appeal, the Supreme Court of the United States and Courts of other States on the dates indicated for each, and that Petitioner is presently a member in good standing of the bars of said Courts.

| Court | Date Admitted | Bar Number |
|---|---|---|
| Supreme Court of Massachusetts | 1997 | 634473 |
| Supreme Court of New York | 1998 | 2890671 |
| United States District Court of the Eastern District of New York | 2001 | -- |
| United States District Court of the Southern District of New York | 2001 | -- |

| | | |
|---|---|---|
| United States Court of Appeals for the Armed Forces | 2002 | -- |
| United States Court of Appeals for the Eighth Circuit | 2018 | -- |
| United States Supreme Court | 2012 | -- |

5. That there have been no disciplinary proceedings instituted against Petitioner, nor any suspension of any license, certificate or privilege to appear before any judicial, regulatory or administrative body, or any resignation or termination in order to avoid disciplinary or disbarment proceedings.

6. That Petitioner has never been denied admission to the State Bar of Nevada.

7. That Petitioner is a member of good standing of the New York State Bar Association and the New York City Bar Association.

8. Petitioner has not filed any applications to appear as counsel under Local Rule IA 11-2 (formerly LR IA 10-2) during the past three (3) years.

9. Petitioner consents to the jurisdiction of the courts and disciplinary boards of the State of Nevada with respect to the law of this state governing the conduct of attorneys to the same extent as a member of the State Bar of Nevada.

10. Petitioner agrees to comply with the standards of professional conduct required of the members of the bar of this court.

11. Petitioner has disclosed in writing to the client that the applicant is not admitted to practice in this jurisdiction and that the client has consented to such representation.

/././
/././
/././
/././
/././
/././
/././
/././
/././

1  Petitioner respectfully prays that Petitioner be admitted to practice before this Court FOR
2  THE PURPOSES OF THIS CASE ONLY.

                                              _____
                                              GREGORY T. CASAMENTO

5  STATE OF NEW YORK    )
                         )
6  COUNTY OF NEW YORK   )

7  Gregory T. Casamento, Petitioner, being first duly sworn, deposes and says: That the foregoing
8  statements are true.

                                              _____
                                              GREGORY T. CASAMENTO

11 Subscribed and sworn to before me this
12 18th day of November, 2022.

                                              VIENNA MESSINA
                                              NOTARY PUBLIC, STATE OF NEW YORK
                                              Registration No. 02ME6431865
13 _____                Qualified in New York County
                                              My Commission Expires 5-31-2026
14 Notary Public or Clerk of Court

### DESIGNATION OF RESIDENT ATTORNEY ADMITTED TO THE BAR OF THIS COURT AND CONSENT THERETO.

Pursuant to the requirements of the Local Rules of Practice for this Court, the Petitioner believes it to be in the best interests of the clients to designate Ramir M. Hernandez, Attorney at Law, member of the State of Nevada and previously admitted to practice before the above-entitled Court as associate resident counsel in this action. The address and email address of said designated Nevada counsel is:

> WRIGHT, FINLAY & ZAK, LLP
> 7785 W. Sahara Ave, Suite 200
> Las Vegas, NV 89117
> (702) 475-7964; Fax (702) 946-1345
> rhernandez@wrightlegal.net

By this designation, Petitioner and undersigned party agree that this designation constitutes agreement and authorization for the designated resident admitted counsel to sign stipulations binding on all of us.

/././

/././

**APPOINTMENT OF DESIGNATED RESIDENT NEVADA COUNSEL**

The undersigned party appoints Ramir M. Hernandez, Esq. as their Designated Resident Nevada Counsel in this case.

Bradley Luke
Senior Director, Legal Compliance
Transworld Systems Inc.

**CONSENT OF DESIGNEE**

The undersigned hereby consents to serve as associate resident Nevada counsel in this case.

Ramir M. Hernandez, Esq.
Nevada Bar No. 13146
rhernandez@wrightlegal.net

**ORDER**

**IT IS SO ORDERED.**

Dated this  18  day of November, 2022.

Gloria M. Navarro, District Judge
UNITED STATES DISTRICT COURT



## Appellate Division of the Supreme Court of the State of New York
## Third Judicial Department

I, Robert D. Mayberger, Clerk of the Appellate Division of the Supreme Court of the State of New York, Third Judicial Department, do hereby certify that

## Gregory Thomas Casamento

was duly licensed and admitted to practice as an Attorney and Counselor at Law in all the courts of this State on **April 14, 1998**, has duly taken and subscribed the oath of office prescribed by law, has been enrolled in the Roll of Attorneys and Counselors at Law on file in this office, is duly registered with the Administration Office of the Courts, and according to the records of this Court is currently in good standing as an Attorney and Counselor-at-Law.



In Witness Whereof, I have hereunto set my hand in the City of Albany on September 29, 2022.

*Robert D. Mayberger*
Clerk of the Court

CertID-00085465

# COMMONWEALTH OF MASSACHUSETTS

SUFFOLK, SS.

BE IT REMEMBERED, that at the Supreme Judicial Court holden at Boston within and for said County of Suffolk, on **February 14, 1997**, said Court being the highest Court of Record in said Commonwealth:

## Gregory Thomas Casamento

being found duly qualified in that behalf, and having taken and subscribed the oaths required by law, was admitted to practice as an Attorney, and, by virtue thereof, as a Counsellor at Law, in any of the Courts of the said Commonwealth: that said Attorney is at present a member of the Bar, and is in good standing according to the records of this Court*.

In testimony whereof, I have hereunto set my hand and affixed the seal of said Court, this **sixteenth** day of **November** in the year of our Lord **two thousand and twenty-two.**



MAURA S. DOYLE, Clerk

* Records of private discipline, if any, such as a private reprimand imposed by the Board of Bar Overseers or by any court, are not covered by this certification. X3116.

Amended January 2022, effective February 2022 for digital and/or electronic attestation for the Supreme Judicial Court for the County of Suffolk.