George Haines, Esq.
Nevada Bar No. 9411
Gerardo Avalos, Esq.
Nevada Bar No. 15171
**FREEDOM LAW FIRM**
8985 S. Eastern Ave., Suite 350
Las Vegas, NV 89123
Tele. 702.880.5554
E-fax: 702.967.6666
Email: info@freedomlegalteam.com
*Attorneys for Plaintiffs Richard Klein, Raymond Urias,*
*and all others similarly situated*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| Richard Klein and Raymond Urias, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br>-vs.-<br><br>National Collegiate Student Loan Trust AKA National Collegiate Master Student Loan Trust I; National Collegiate Student Loan Trust 2003-1; National Collegiate Student Loan Trust 2004-1; National Collegiate Student Loan Trust 2004-2; National Collegiate Student Loan Trust 2005-1; National Collegiate Student Loan Trust 2005-2; National Collegiate Student Loan Trust 2005-3; National Collegiate Student Loan Trust 2006-1; National Collegiate Student Loan Trust 2006-2; National Collegiate Student Loan Trust 2006-3; National Collegiate Student Loan Trust 2006-4; National Collegiate Student Loan Trust 2007-1; National Collegiate Student Loan Trust 2007-2; National Collegiate Student Loan Trust 2007-3; National Collegiate Student Loan Trust 2007-4;.<br><br>Defendant. | CASE NO:2:22-cv-01392-GMN-BNW<br><br>**CLASS ACTION**<br><br>**STIPULATION AND ORDER FOR EXTENDING TIME FOR PLAINTIFFS TO RESPOND TO DEFENDANTS' MOTION TO DISMISS** |

Pursuant to Local Rules IA 6-1 and 7-1, Plaintiffs, Richard Klein and Raymond Urias ("Plaintiffs") and National Collegiate Student Loan Trust et al ("Defendants"), by and

through their Respective counsel of record, hereby stipulate, agree and respectfully request that the Court extend the deadline for the Plaintiffs to file their amended complaint to Defendant's Motion to Dismiss from November 30, 2022, to December 23, 2022.  Counsel for Plaintiffs respectfully request time in light of their current schedule and the complexity of the matter. The parties have agreed that neither will seek to commence any discovery until, at the earliest, Defendants file their response to the Amended Complaint in a manner consistent with LR 26-1. The parties nevertheless reserve their rights to oppose the commencement of discovery, on grounds that it is premature or otherwise improper, including without limitation by seeking an order staying discovery pursuant to Fed. R. Civ P. 26.   The parties also reserve their rights to request a lengthier discovery period than the one stated in LR 26-1.

| | |
|---|---|
| Dated: November 21, 2022<br><br>FREEDOM LAW FIRM<br><br>/s/ George Haines<br>George Haines, Esq.<br>Nevada Bar No. 9411<br>Gerardo Avalos, Esq.<br>Nevada Bar No. 15171<br>8985 South Eastern Ave., Suite<br>Suite 350 Las Vegas, Nevada 89123<br><br>MILBERG COLEMAN BRYSON PHILLIPS GROSSMAN, PLLC<br><br>Scott C. Harris*<br>N.C. Bar No: 35328<br>900 W. Morgan Street<br>Raleigh, NC 27603<br>Telephone: (919) 600-5003<br>Facsimile: (919) 600-5035<br>sharris@milberg.com | Dated November 21, 2022<br><br>WRIGHT, FINLAY & ZAK, LLP<br><br>/s/ Ramir M. Hernandez<br>Ramir M. Hernandez, Esq.<br>Nevada Bar No. 13146<br>Darren T. Brenner<br>Nevada Bar No. 8386<br>7785 W. Sahara Avenue, Suite 200<br>Las Vegas, Nevada 89117<br>(702) 475-7964; Fax: (702) 946-1345<br><br>LOCKE LORD LLP<br>/s/ Gregory T. Casamento<br>Gregory T. Casamento (*pro hac vice*)<br>R. James DeRose, III (*pro hac vice*)<br>Brookfield Place<br>200 Vesey Street, 20th Floor<br>New York, New York 10281<br>(212) 415-8600<br>gcasamento@lockelord.com<br>rderose@lockelord.com |

| Gary M. Klinger* <br> 227 W. Monroe Street, Suite 2100 <br> Chicago, IL 60606 <br> Phone: 866.252.0878 <br> gklinger@milberg.com <br><br> *to motion for appearance *pro hac vice* <br> *Attorneys for Plaintiffs and the Proposed Class Attorneys for Plaintiff and on behalf of all others similarly situated* | J. Matthew Goodin (*pro hac vice*) <br> 111 S. Wacker Drive, Suite 4100 <br> Chicago, Illinois 60606 <br> (312) 443-0472 <br> jmgoodin@lockelord.com <br> *Attorneys for Defendants* |
|---|---|

## **ORDER**

**IT IS SO ORDERED.**

Dated this  29  day of November, 2022.

_____
Gloria M. Navarro, District Judge
UNITED STATES DISTRICT COURT