Shannon G. Splaine, Esq.
Nevada Bar No. 8241
LINCOLN, GUSTAFSON & CERCOS LLP
3960 Howard Hughes Parkway, Suite 200
Las Vegas, NV 89169-5968
Tel: (702) 257-1997
Fax: (702) 257-2203
E-Mail: ssplaine@lgclawoffice.com

James K. Schultz, Esq.
Nevada Bar No. 10219
SESSIONS ISRAEL & SHARTLE, L.L.P.
1550 Hotel Circle North, Suite 260
San Diego, CA 92108
Tel:   (619) 758-1891
Fax:   (877) 334-0661
E-mail jschultz@sessions.legal
*Attorneys for Defendant Transworld Systems Inc.*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| Richard Klein, Raymond Urias and Sandra J. Gunter, individually and on behalf of all others similarly situated,<br><br>        Plaintiffs,<br><br>  vs.<br><br>National Collegiate Student Loan Trust 2005-3; National Collegiate Student Loan Trust 2006-3; National Collegiate Student Loan Trust 2007-1; National Collegiate Student Loan Trust 2007-2; National Collegiate Student Loan Trust 200-3; National Collegiate Student Loan Trust | Case No.  2:22-cv-01392-GMN-BNW<br><br>Joint Motion and Order for Extension of Time to Respond to First Amended Complaint<br><br>***First Request***<br><br>Current Response Date: Jan. 18, 2023<br>New Response Date: Feb. 6, 2023 |

2007-4; Pennsylvania Higher Education )
Assistance Agency d/b/a/ American )
Education Services; and Transworld )
Systems Inc., )
                                      )
            Defendants.               )
                                      )

It is hereby stipulated by Plaintiffs Richard Klein, Raymond Urias and Sandra J. Gunter ("Plaintiffs") and Defendant Transworld Systems Inc. ("TSI"), through undersigned counsel, that TSI may have an extension of time to respond to the First Amended Complaint from January 18, 2023, through and until February 6, 2023. This Motion is made with respect to the following:

1.  Plaintiff filed the First Amended Complaint adding Transworld Systems Inc. on December 23, 2022 in the United States District Court for the District of Nevada.

2.  TSI was served on December 28, 2022, making the original response due date January 18, 2023.

3.  Additional time is needed for defense counsel to evaluate the information necessary to respond to the First Amended Complaint.

4.  On January 17, 2023, the parties agreed to an extension of time for TSI to respond to the First Amended Complaint through and until February 6, 2023.

Granting this request for an extension of time to respond to the Complaint will neither prejudice any party nor unreasonably delay the litigation.

IT IS SO STIPULATED.

Dated: 1/17/2023        FREEDOM LAW FIRM

                                               */s/George Haines*
                                               George Haines
                                               Attorney for Plaintiffs
                                               Richard Klein, Raymond Urias and
                                               Sandra J. Gunter

Dated: 1/17/2023        SESSIONS, ISRAEL & SHARTLE, LLP

                                               */s/James K. Schultz*
                                               James K. Schultz
                                               Attorney for Defendant
                                               Transworld Systems Inc.

Pursuant to the Parties' joint Motion, IT IS HEREBY ORDERED:

Defendant shall have an extension of time to and including February 6, 2023, to respond to the First Amended Complaint.

Dated: January 18, 2023        _____
                                      United States Magistrate Judge