Shannon G. Splaine, Esq.
Nevada Bar No. 8241
LINCOLN, GUSTAFSON & CERCOS LLP
3960 Howard Hughes Parkway, Suite 200
Las Vegas, NV 89169-5968
Tel: (702) 257-1997
Fax: (702) 257-2203
E-Mail: ssplaine@lgclawoffice.com

James K. Schultz, Esq.
Nevada Bar No. 10219
SESSIONS ISRAEL & SHARTLE, L.L.P.
1550 Hotel Circle North, Suite 260
San Diego, CA 92108
Tel:   (619) 758-1891
Fax:   (877) 334-0661
E-mail jschultz@sessions.legal
*Attorneys for Defendant Transworld Systems Inc.*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| Richard Klein, Raymond Urias and Sandra J. Gunter, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>National Collegiate Student Loan Trust 2005-3; National Collegiate Student Loan Trust 2006-3; National Collegiate Student Loan Trust 2007-1; National Collegiate Student Loan Trust 2007-2; National Collegiate Student Loan Trust 2007-3; National Collegiate Student Loan Trust | Case No.  2:22-cv-01392 GMN BNW<br><br>Joint Stipulated Motion and Order for Extension of Time for Defendants to Respond to First Amended Complaint<br><br>*Second Request*<br><br>Current Response Date: Feb. 6, 2023<br>New Response Date: March 8, 2023 |

2007-4; Pennsylvania Higher Education )
Assistance Agency d/b/a/ American )
Education Services; and Transworld )
Systems Inc., )
                              )
               Defendants. )
                              )

       It is hereby stipulated by Plaintiffs Richard Klein, Raymond Urias and Sandra J. Gunter ("Plaintiffs") and Defendants Transworld Systems Inc. ("TSI"), National Collegiate Student Loan Trust ("NCSLT") 2005-2, NCSLT 2006-3, NCSLT 2007-1, NCSLT 2007-2, and NCSLT 2007-3, and NCSLT 2007-4) (the "NCSLTs"), and Pennsylvania High Education Assistance Agency ("PHEAA") (collectively, "Defendants") through undersigned counsel, that Defendants may have an additional extension of time to respond to the First Amended Complaint ("FAC") from February 6, 2023, through and until March 8, 2023.  This Motion is made with respect to the following:

       1.       On August 26, 2022, Plaintiffs filed a Complaint against the NCSLTs.

       2.       On December 23, 2022, Plaintiffs filed a FAC, adding TSI and PHEAA as additional defendants herein.

       3.       On December 30, 2022, the NCSLTs filed their First Motion to Extend Deadline to Respond to the FAC.  The NCSLTs were granted an extension until February 6, 2023 to respond.

4. On January 17, 2023, TSI filed its First Request for Extension of Time to Respond to the FAC. TSI was granted an extension until to February 6, 2023 to respond.

5. On January 24, 2023, PHEAA filed its First Stipulation for Extension of Time to Respond to the FAC. PHEAA was granted an extension until February 6, 2023 to respond.

6. Additional time is needed through and including March 8, 2023 for defense counsel to evaluate the information necessary to appropriately respond to the FAC.

7. On January 27, 2023, counsel for TSI and Plaintiffs conferred regarding this proposed extension of time for all Defendants to respond to the FAC, and on January 28, 2023, counsel for plaintiff consented to the requested relief.

8. Granting this request for an extension of time for all Defendants to respond to the FAC will neither prejudice any party nor unreasonably delay the litigation.

IT IS SO STIPULATED.

Dated: February 2, 2023         MILBERG COLEMAN BRYSON PHILLIPS GROSSMAN

*/s/ Scott C. Harris*
Scott C. Harris
George Haines
Attorney for Plaintiffs

                              Richard Klein, Raymond Urias and
                              Sandra J. Gunter

Dated: February 2, 2023        SESSIONS, ISRAEL & SHARTLE, LLP

                              */s/ James K. Schultz*
                              James K. Schultz
                              Attorney for Defendant
                              Transworld Systems Inc.

Dated: February 2, 2023        BROWNSTEIN HYATT FARBER SCHRECK, LLP

                              */s/ Patrick J. Reily*
                              Patrick J. Reily
                              Attorney for Defendant
                              Pennsylvania High Education Assistance Agency

Dated:  February 2, 2023       LOCKE LORD LLP

                              */s/ J. Matthew Goodin*
                              J. Matthew Goodin
                              Attorney for Defendant
                              National Collegiate Student Loan Trust


Pursuant to the Parties' joint Motion, IT IS HEREBY ORDERED:

     Defendant shall have an extension of time to and including March 8, 2023, for each Defendant to respond to the First Amended Complaint.

Dated: February 6, 2023                    _____
                                           United States Magistrate Judge