**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| Richard Klein, Raymond Urias & Sandra J. Gunter <br><br> Plaintiff(s), <br><br> vs. <br><br> National Collegiate Student Loan Trust 2005-3; et al <br><br> Defendant(s). | Case #2:22-cv-01392 <br><br> **VERIFIED PETITION FOR PERMISSION TO PRACTICE IN THIS CASE ONLY BY ATTORNEY NOT ADMITTED TO THE BAR OF THIS COURT AND DESIGNATION OF LOCAL COUNSEL** <br><br> FILING FEE IS $250.00 |

_____Bryan C. Shartle_____, Petitioner, respectfully represents to the Court:
(name of petitioner)

1. That Petitioner is an attorney at law and a member of the law firm of

_____Sessions, Israel & Shartle, LLC_____
(firm name)

with offices at _____3850 N. Causeway Blvd., Ste. 200_____,
(street address)

\_\_\_Metairie\_\_\_, \_\_\_Louisiana\_\_\_, \_70002\_,
(city) (state) (zip code)

\_\_(504) 828-3700\_\_, \_\_bshartle@sessions.legal\_\_.
(area code + telephone number) (Email address)

2. That Petitioner has been retained personally or as a member of the law firm by

\_\_\_Transworld Systems Inc.\_\_\_ to provide legal representation in connection with
[client(s)]

the above-entitled case now pending before this Court.

Rev. 5/16

3. That since ___October 5, 2001___, Petitioner has been and presently is a
(date)
member in good standing of the bar of the highest Court of the State of ___Louisiana___
(state)
where Petitioner regularly practices law. Petitioner shall attach a certificate from the state bar or from the clerk of the supreme court or highest admitting court of each state, territory, or insular possession of the United States in which the applicant has been admitted to practice law certifying the applicant's membership therein is in good standing.

4. That Petitioner was admitted to practice before the following United States District Courts, United States Circuit Courts of Appeal, the Supreme Court of the United States and Courts of other States on the dates indicated for each, and that Petitioner is presently a member in good standing of the bars of said Courts.

| Court | Date Admitted | Bar Number |
|---|---|---|
| See Attached Exhibit A | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

5. That there are or have been no disciplinary proceedings instituted against petitioner, nor any suspension of any license, certificate or privilege to appear before any judicial, regulatory or administrative body, or any resignation or termination in order to avoid disciplinary or disbarment proceedings, except as described in detail below:

None.

2

Rev. 5/16

6. That Petitioner has never been denied admission to the State Bar of Nevada. (Give particulars if ever denied admission):

None.

7. That Petitioner is a member of good standing in the following Bar Associations.

Louisiana State Bar Association

8. Petitioner has filed application(s) to appear as counsel under Local Rule IA 11-2 (formerly LR IA 10-2) during the past three (3) years in the following matters: (State "none" if no applications.)

| Date of Application | Cause | Title of Court Administrative Body or Arbitrator | Was Application Granted or Denied |
|---|---|---|---|
| None. | | | |

(If necessary, please attach a statement of additional applications)

9. Petitioner consents to the jurisdiction of the courts and disciplinary boards of the State of Nevada with respect to the law of this state governing the conduct of attorneys to the same extent as a member of the State Bar of Nevada.

10. Petitioner agrees to comply with the standards of professional conduct required of the members of the bar of this court.

11. Petitioner has disclosed in writing to the client that the applicant is not admitted to practice in this jurisdiction and that the client has consented to such representation.

3

Rev. 5/16

That Petitioner respectfully prays that Petitioner be admitted to practice before this Court FOR THE PURPOSES OF THIS CASE ONLY.

_____
Petitioner's signature

STATE OF Louisiana )
)
COUNTY OF Jefferson )

_____Bryan C. Shartle_____, Petitioner, being first duly sworn, deposes and says:

That the foregoing statements are true.

_____
Petitioner's signature

Subscribed and sworn to before me this

3rd day of March, 2023.

_____
Notary Public or Clerk of Court

BRIAN D. ROTH
Notary Public
State of Louisiana
Bar # 22148 | Notary # 50366
My Commission is issued for Life.

## DESIGNATION OF RESIDENT ATTORNEY ADMITTED TO THE BAR OF THIS COURT AND CONSENT THERETO.

Pursuant to the requirements of the Local Rules of Practice for this Court, the Petitioner believes it to be in the best interests of the client(s) to designate _____Shannon G. Splaine_____,
(name of local counsel)
Attorney at Law, member of the State of Nevada and previously admitted to practice before the above-entitled Court as associate resident counsel in this action. The address and email address of said designated Nevada counsel is:

_____7670 W. Lake Mead, Ste. 200_____,
(street address)

_____Las Vegas_____, _____Nevada_____, _____89128_____,
(city)            (state)            (zip code)

_____(702) 257-1997_____, _____ssplaine@lgclawoffice.com_____.
(area code + telephone number)   (Email address)

4

Rev. 5/16

By this designation the petitioner and undersigned party(ies) agree that this designation constitutes agreement and authorization for the designated resident admitted counsel to sign stipulations binding on all of us.

## APPOINTMENT OF DESIGNATED RESIDENT NEVADA COUNSEL

The undersigned party(ies) appoint(s) __Shannon G. Splaine__ as his/her/their Designated Resident Nevada Counsel in this case.
(name of local counsel)

_____
(party's signature)

Bradley Luke, Senior Director, Legal Compliance
(type or print party name, title)

_____
(party's signature)

_____
(type or print party name, title)

### CONSENT OF DESIGNEE
The undersigned hereby consents to serve as associate resident Nevada counsel in this case.

_____
Designated Resident Nevada Counsel's signature

8241                    ssplaine@lgclawoffice.com
Bar number              Email address

APPROVED:

Dated: this __3__ day of __March__, 20__23__.

_____
UNITED STATES DISTRICT JUDGE

5

Rev. 5/16

## EXHIBIT A

### LIST OF STATES AND COURTS ADMITTED OR LICENSED TO PRACTICE LAW IN:

| **STATE COURTS:** | **ADMITTED:** | **STATUS:** | **BAR NO.:** |
|---|---|---|---|
| All Louisiana State Courts | 10/05/2001 | Active | 27640 |
| | | | |
| **FEDERAL COURTS:** | | | |
| USDC Eastern District of Louisiana | 11/15/2002 | Active | 27640 |
| USDC Middle District of Louisiana | 11/15/2002 | Active | 27640 |
| USDC Western District of Louisiana | 11/15/2002 | Active | 27640 |
| USDC Eastern District of Wisconsin | 6/23/2006 | Active | 27640 |
| USDC Northern District of Illinois | 11/08/2006 | Active | 27640 |
| USDC District of Colorado | 1/20/2009 | Active | 27640 |
| USDC Eastern District of Michigan | 12/05/2014 | Active | 27640 |
| | | | |
| **APPEALS COURTS:** | | | |
| US Court of Appeals 1st Circuit | 7/30/2014 | Active | 1165022 |
| US Court of Appeals 2nd Circuit | 5/17/2013 | Active | 27640 |
| US Court of Appeals 3rd Circuit | 11/30/2006 | Active | 27640 |
| US Court of Appeals 4th Circuit | 11/08/2013 | Active | 27640 |
| US Court of Appeals 5th Circuit | 11/06/2022 | Active | 27640 |
| US Court of Appeals 7th Circuit | 10/17/2011 | Active | 27640 |
| US Court of Appeals 9th Circuit | 10/04/2022 | Active | 27640 |
| US Court of Appeals 11th Circuit | 10/13/2010 | Active | 27640 |
| | | | |
| **SUPREME COURT:** | | | |
| Supreme Court of the United States | 10/04/2012 | Active | 27640 |

# United States of America

## State of Louisiana

# Supreme Court of the State of Louisiana

I, VERONICA ODINET KOCLANES, Clerk of the Supreme Court of the State of Louisiana, do hereby certify that

**BRYAN CHRISTOPHER SHARTLE ESQ., #27640**

was duly admitted and licensed to practice as an attorney and counselor at law in this Court and the several courts of the State of Louisiana, on the 5th Day of October, 2001 A.D.; and is currently in good standing, and sufficiently qualified to perform the duties of an attorney and counselor at law.

IN WITNESS WHEREOF, I hereunto sign my name and affix the seal of this Court, at the City of New Orleans, this the 6th Day of February, 2023, A.D.

*Veronica Odinet Koclanes*

Clerk of Court
Supreme Court of Louisiana