Patrick J. Reilly, Esq.
Nevada Bar No. 6103
Monique S. Jammer, Esq.
Nevada Bar No. 15420
BROWNSTEIN HYATT FARBER SCHRECK, LLP
100 North City Parkway, Suite 1600
Las Vegas, Nevada  89106
Telephone: 702.382.2101
Facsimile: 702.382.8135
preilly@bhfs.com
mjammer@bhfs.com

*Attorneys for American Education Services, LLC*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| RICHARD KLEIN, RAYMOND URIAS, and SARA J. GUNTER, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>NATIONAL COLLEGIATE STUDENT LOAN TRUST 2005-3; NATIONAL COLLEGIATE STUDENT LOAN TRUST 2006-3; NATIONAL COLLEGIATE STUDENT LOAN TRUST 2007-1; NATIONAL COLLEGIATE STUDENT LOAN TRUST 2007-2; NATIONAL COLLEGIATE STUDENT LOAN TRUST 2007-3; NATIONAL COLLEGIATE STUDENT LOAN TRUST 2007-4; PENNSYLVANIA HIGH EDUCATION ASSISTANCE AGENCY d/b/a AMERICAN EDUCATION SERVICES; and TRANSWORLD SYSTEMS, INC.,<br><br>Defendants. | Case No.  2:22-cv-01392-GMN-BNW<br><br>**JOINT STIPULATED MOTION AND PROPOSED ORDER TO EXTEND DEADLINE FOR AES TO RESPOND TO PLAINTIFFS' FIRST AMENDED COMPLAINT**<br><br>**(THIRD REQUEST)** |

## STIPULATION

Plaintiffs Richard Klein, Raymond Urias, and Sara J. Gunter ("Plaintiffs"), and Defendant American Education Services, LLC ("AES"), by and through their undersigned counsel, hereby jointly stipulate, agree, and move as follows:

1.      On December 23, 2022, Plaintiffs filed their First Amended Complaint

25135473

("Complaint"). ECF No. 20.

2. On December 29, 2022, Plaintiff served the Summons and Amended Complaint on AES. ECF No. 24.

3. The deadline to respond to the Amended Complaint was originally set for January 19, 2023. *Id*.

4. On January 24, 2023, AES sought an extension, up to and including February 6, 2023, to respond to the Complaint. ECF 28.

5. On February 6, 2023, all parties obtained an extension, up to and including March 8, 2023, for Defendants to respond to the Complaint. ECF 32.

6. Counsel for AES fell ill and did not have an opportunity to seek the instant stipulation before the March 8, 2023 deadline. Once counsel was able, counsel promptly sought the instant stipulation. Thus, excusable neglect exists for filing this stipulation after the March 8, 2023 deadline to file a responsive pleading.

7. Additional time is needed to finalize a responsive pleading to the Complaint.

8. The Parties have agreed that AES shall have up to and including March 15, 2023 to file its responsive pleading to the Amended Complaint.

9. This is the third requested extension by AES. Two previous extensions were sought by, and granted to, AES.

10. Granting this joint stipulated motion ("Joint Stipulated Motion") for an extension of time for AES to respond to the Complaint will neither prejudice any party nor unreasonably delay the litigation.

**IT IS SO STIPULATED**.

DATED this 10th day of March, 2023.

*/s/ Patrick J. Reilly*
Patrick J. Reilly, Esq.
Monique S. Jammer, Esq.
BROWNSTEIN HYATT FARBER SCHRECK, LLP

*Attorneys for American Education Services, LLC*

DATED this 10th day of March, 2023.

*/s/ Gerardo Avalos*
Scott C. Harris, Esq.
George Haines, Esq.
Gerardo Avalos, Esq.
FREEDOM LAW FIRM

*Attorneys for Plaintiffs and the Class*

25135473

## **ORDER**

Pursuant to the foregoing Joint Stipulated Motion, and with good cause and excusable neglect appearing, **IT IS HEREBY ORDERED** as follows:

AES shall have up to and including March 15, 2023 to file its responsive pleading to the Complaint in this action.

Dated: March 13, 2023

_____
United States Magistrate Judge

25135473