George Haines, Esq.
Nevada Bar No. 9411
Gerardo Avalos, Esq.
Nevada Bar No. 15171
**FREEDOM LAW FIRM**
8985 S. Eastern Ave., Suite 350
Las Vegas, NV 89123
Tele. 702.880.5554
E-fax: 702.967.6666
Email: info@freedomlegalteam.com
*Attorneys for Plaintiffs Richard Klein, Raymond Urias,
and Sandra J. Gunter, individual, and on behalf of all others similarly situated*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| Richard Klein, Raymond Urias and Sandra J. Gunter, individually and on behalf of all others similarly situated,<br><br>                    Plaintiffs,<br>     -vs.-<br><br>National Collegiate Student Loan Trust 2005-3, *et al*.,<br>                    Defendant. | CASE NO:2:22-cv-01392-GMN-BNW<br><br>**CLASS ACTION**<br><br>**STIPULATION AND ORDER FOR EXTENDING TIME FOR PLAINTIFFS TO RESPOND TO DEFENDANTS' MOTION TO DISMISS**<br><br>**(FIRST REQUEST)**<br><br>**Current Response Date: March 22, 2023**<br>**New Response Date: April 5, 2023** |

Pursuant to Local Rules IA 6-1 and 7-1, Plaintiffs, Richard Klein, Raymond Urias and Sandra J. Gunter ("Plaintiffs") and Transworld Systems, Inc. ("TSI") and National Collegiate Student Loan Trust ("NCSLT") 2005-2, NCSLT 2006-3, NCSLT 2007-1, NCSLT 2007-2, and NCSLT 2007-3, and NCSLT 2007-4) (the "Trust Defendants") (collectively, "Defendants") (Plaintiffs and Defendants collectively referred to as the "Parties"),

by and through their respective counsel of record, hereby stipulate, agree and respectfully request that the Court extend the deadline for the Plaintiffs to file their responses to the Trust Defendants' Motion to Dismiss (ECF No. 39) and TSI's Motion to Dismiss (ECF No. 40) from March 22, 2023 to April 5, 2023.[1]

1. On December 23, 2022, Plaintiffs filed their First Amended Complaint.  ECF NO. 20.

2. On December 28, 2022, Plaintiffs served the Summons and First Amended Complaint on TSI.  ECF No. 23.

3. On December 29, 2022, Plaintiffs served the Summons and First Amended Complaint on NCSLTs.  ECF No. 24.

4. Therefore, TSI's original response due date was January 18, 2023 and the Trust Defendants' original response due date was January 19, 2023.

5. The Trust Defendants' counsel needed additional to better investigate the new allegations and the Parties agreed to an extension of time for Defendants to respond to the First Amended Complaint through and until February 6, 2023.  ECF No. 25

6. TSI counsel needed additional time to evaluate the information necessary to respond to the Complaint and the Parties agreed to an extension of time for Defendant to respond to the First Amended Complaint through and until February 6, 2023.  ECF No. 26.

7. Defendants then needed additional time to evaluate the information necessary to appropriately respond to respond to the First Amended Complaint and the Parties agreed to extension of time to respond to the First Amended Complaint through and until March 8, 2023.

---

[1] Both NCSLT's Motion to Dismiss (ECF No. 39) and TSI's Motion to Dismiss (ECF No. 40) were filed on March 8, 2023.

8. On March 8, 2023, the Trust Defendants and TSI filed their respective Motions to Dismiss Plaintiffs' First Amended Complaint ("Motions to Dismiss"). ECF Nos. 39 & 40.

9. Plaintiffs' deadline to respond to these Motions to Dismiss set for March 22, 2023.

10. The Parties have discussed extending the deadline Plaintiffs have to respond to Defendants' Motions to Dismiss in light of the multiple motions to dismiss that have been filed in this case and the complexity of the matter.

WHEREAS, the parties hereby stipulate and agree to extend the deadline for Plaintiffs to file their responsive pleading to Defendants' Motions to Dismiss (ECF Nos. 39 & 40) to April 5, 2023.

IT IS SO STIPULATED.

| | |
|---|---|
| Dated: March 20, 2023<br><br>FREEDOM LAW FIRM<br><br>/s/ George Haines<br>George Haines, Esq.<br>Nevada Bar No. 9411<br>Gerardo Avalos, Esq.<br>Nevada Bar No. 15171<br>8985 South Eastern Ave., Suite<br>Suite 350 Las Vegas, Nevada 89123<br><br>MILBERG COLEMAN BRYSON PHILLIPS GROSSMAN, PLLC<br><br>Scott C. Harris*<br>N.C. Bar No: 35328<br>900 W. Morgan Street<br>Raleigh, NC 27603<br>Telephone: (919) 600-5003<br>Facsimile: (919) 600-5035<br>sharris@milberg.com | Dated March 20, 2023<br><br>WRIGHT, FINLAY & ZAK, LLP<br><br>/s/ Ramir M. Hernandez<br>Ramir M. Hernandez, Esq.<br>Nevada Bar No. 13146<br>Darren T. Brenner<br>Nevada Bar No. 8386<br>7785 W. Sahara Avenue, Suite 200<br>Las Vegas, Nevada 89117<br>(702) 475-7964; Fax: (702) 946-1345<br><br>LOCKE LORD LLP<br>/s/ J. Matthew Goodin<br>J. Matthew Goodin<br>111 S. Wacker Drive, Suite 4100<br>Chicago, Illinois 60606<br>(312) 443-0472<br>jmgoodin@lockelord.com<br>*Attorneys for the Trust Defendants*<br><br>SESSIONS, ISRAEL & SHARTLE, LLP<br>/s/ James K. Schultz |

| | |
|---|---|
| Gary M. Klinger*<br>227 W. Monroe Street, Suite 2100<br>Chicago, IL 60606<br>Phone: 866.252.0878<br>gklinger@milberg.com<br><br>*to motion for appearance *pro hac vice*<br>*Attorneys for Plaintiffs and the Proposed Class Attorneys for Plaintiff and on behalf of all others similarly situated* | SESSIONS, ISRAEL & SHARTLE, LLP<br>*/s/ James K. Schultz*<br>James K. Schultz<br>Nevada Bar No. 10219<br>1550 Hotel Circle North, Suite 260<br>San Diego, CA 92108<br>Tel:    (619) 758-1891<br>Fax:    (877) 334-0661<br>E-mail: jschultz@sessions.legal<br><br>SESSIONS, ISRAEL & SHARTLE, LLC<br>*/s/ Bradley J. St. Angelo*<br>Bryan C. Shartle – *Pro Hac Vice*<br>Bradley J. St. Angelo – *Pro Hac Vice*<br>3850 N. Causeway Blvd., Suite 200<br>Metairie, LA 70002-7227<br>Tel:    (504) 828-3700<br>Fax:    (504) 828-3737<br>E-mail: bshartle@sessions.legal<br>E-mail: bstangelo@sessions.legal<br><br>LINCOLN, GUSTAFSON & CERCOS LLP<br>Shannon G. Splaine, Esq.<br>Nevada Bar No. 8241<br>3960 Howard Hughes Parkway, Suite 200<br>Las Vegas, NV 89169-5968<br>Tel: (702) 257-1997<br>Fax: (702) 257-2203<br>E-Mail: ssplaine@lgclawoffice.com<br><br>*Attorneys for Transworld Systems Inc.* |

IT IS SO ORDERED.

_____
UNITED STATES DISTRICT JUDGE

Dated: March 21, 2023