Shannon G. Splaine, Esq.
Nevada Bar No. 8241
LINCOLN, GUSTAFSON & CERCOS LLP
3960 Howard Hughes Parkway, Suite 200
Las Vegas, NV 89169-5968
Tel: (702) 257-1997
Fax: (702) 257-2203
E-Mail: ssplaine@lgclawoffice.com

Bryan C. Shartle – Pro Hac Vice
Bradley J. St. Angelo – Pro Hac Vice
SESSIONS ISRAEL & SHARTLE, LLC
3850 N. Causeway Blvd., Suite 200
Metairie, LA 70002-7227
Tel:   (504) 828-3700
Fax:   (504) 828-3737
E-mail: bshartle@sessions.legal
E-mail: bstangelo@sessions.legal

James K. Schultz, Esq.
Nevada Bar No. 10219
SESSIONS ISRAEL & SHARTLE, L.L.P.
1550 Hotel Circle North, Suite 260
San Diego, CA 92108
Tel:   (619) 758-1891
Fax:   (877) 334-0661
E-mail jschultz@sessions.legal

*Attorneys for Defendant Transworld Systems Inc.*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| Richard Klein, *et al.*,<br><br>        Plaintiffs,<br><br>vs.<br><br>National Collegiate Student Loan Trust 2005-3, *et al.*,<br><br>        Defendants. | Case No. 2:22-cv-01392-GMN-BNW<br><br>**STIPULATION AND ORDER EXTENDING DEADLINE TO FILE REPLY MEMORANDA IN SUPPORT OF TSI'S AND TRUST DEFENDANTS' MOTIONS TO DISMISS**<br><br>(First Request) |

/ / /

/ / /

# STIPULATION

Plaintiffs, Richard Klein, Raymond Urias and Sandra J. Gunter ("Plaintiffs"), and Defendants, Transworld Systems Inc. ("TSI"), National Collegiate Student Loan Trust ("NCSLT") 2005-3, NCSLT 2006-3, NCSLT 2007-1, NCSLT 2007-2, and NCSLT 2007-3, and NCSLT 2007-4 (the "Trust Defendants" and, with Plaintiffs and TSI, the "Parties"), by and through their undersigned counsel, hereby jointly stipulate, agree, and move as follows:

1. On March 8, 2023, TSI and the Trust Defendants filed Motions to Dismiss Plaintiffs' First Amended Complaint (the "Motions to Dismiss").  ECF Nos. 39, 40.

2. On April 19, 2023, Plaintiffs filed their Oppositions to the Motions to Dismiss.  ECF Nos. 56, 57.

3. Pursuant to LR 7-2, TSI's and the Trust Defendants' reply memoranda are currently due to be filed on April 26, 2023.

4. Due to personal and familial obligations, counsel for TSI and the Trust Defendants require additional time to prepare and file their reply memoranda in support of the Motions to Dismiss.

5. The Parties have conferred and agreed that TSI and the Trust Defendants shall have up to and including May 10, 2023, to file their reply memoranda in support of the Motions to Dismiss.

6. This is the first requested extension by TSI and the Trust Defendants for these filings, which will neither prejudice any party nor unreasonably delay the litigation.

IT IS SO STIPULATED this 20th day of April, 2023.

| FREEDOM LAW FIRM | SESSIONS, ISRAEL & SHARTLE, LLP |
|---|---|
| */s/ George Haines*<br>George Haines, Esq.<br>Nevada Bar No. 9411<br>Gerardo Avalos, Esq. | */s/ James K. Schultz*<br>James K. Schultz<br>Nevada Bar No. 10219 |

| | |
|---|---|
| Nevada Bar No. 15171<br>8985 South Eastern Ave., Suite 350<br>Las Vegas, Nevada 89123<br><br>MILBERG COLEMAN BRYSON PHILLIPS GROSSMAN, PLLC<br><br>Scott C. Harris*<br>N.C. Bar No: 35328<br>900 W. Morgan Street<br>Raleigh, NC 27603<br>Telephone: (919) 600-5003<br>Facsimile: (919) 600-5035<br>sharris@milberg.com<br><br>Gary M. Klinger*<br>227 W. Monroe Street, Suite 2100<br>Chicago, IL 60606<br>Phone: 866.252.0878<br>gklinger@milberg.com<br><br>*to motion for appearance *pro hac vice*<br><br>*Attorneys for Plaintiffs and the Proposed Class Attorneys for Plaintiff and on behalf of all others similarly situated* | 1550 Hotel Circle North, Suite 260<br>San Diego, CA 92108<br>Tel:   (619) 758-1891<br>Fax:   (877) 334-0661<br>E-mail: jschultz@sessions.legal<br><br>SESSIONS, ISRAEL & SHARTLE, LLC<br><br>*/s/ Bradley J. St. Angelo*<br>Bryan C. Shartle – *Pro Hac Vice*<br>Bradley J. St. Angelo – *Pro Hac Vice*<br>3850 N. Causeway Blvd., Suite 200<br>Metairie, LA 70002-7227<br>Tel:   (504) 828-3700<br>Fax:   (504) 828-3737<br>E-mail: bshartle@sessions.legal<br>E-mail: bstangelo@sessions.legal<br><br>LINCOLN, GUSTAFSON & CERCOS LLP<br><br>Shannon G. Splaine, Esq.<br>Nevada Bar No. 8241<br>3960 Howard Hughes Parkway, Suite 200<br>Las Vegas, NV 89169-5968<br>Tel: (702) 257-1997<br>Fax: (702) 257-2203<br>E-Mail: ssplaine@lgclawoffice.com<br><br>*Attorneys for Transworld Systems Inc.*<br><br>WRIGHT, FINLAY & ZAK, LLP<br><br>*/s/ Ramir M. Hernandez*<br>Ramir M. Hernandez, Esq.<br>Nevada Bar No. 13146<br>Darren T. Brenner<br>Nevada Bar No. 8386 |

3

7785 W. Sahara Avenue, Suite 200
Las Vegas, Nevada 89117
(702) 475-7964; Fax: (702) 946-1345

LOCKE LORD LLP

*/s/ J. Matthew Goodin*
J. Matthew Goodin
111 S. Wacker Drive, Suite 4100
Chicago, Illinois 60606
(312) 443-0472
jmgoodin@lockelord.com

*Attorneys for the Trust Defendants*

## ORDER

Pursuant to the Parties' stipulation, IT IS HEREBY ORDERED:

TSI and the Trust Defendants shall have up to and including May 10, 2023, to file reply memoranda in support of their Motions to Dismiss (ECF Nos. 39, 40).

IT IS SO ORDERED:

_____
UNITED STATES DISTRICT JUDGE

DATED: April 21, 2023

4