LOCKE LORD LLP
Gregory T. Casamento (*pro hac vice*)
R. James DeRose, III (*pro hac vice*)
Brookfield Place,
200 Vesey St., 20th Flr.
New York, New York 10281-2101
(212) 415-8600
*gcasamento@lockelord.com*
*rderose@lockelord.com*

J. Matthew Goodin (*pro hac vice*)
111 S. Wacker Dr., Ste. 4100
Chicago, Illinois 60606
(312) 443-0472
*jmgoodin@lockelord.com*

WRIGHT, FINLAY & ZAK, LLP
Darren T. Brenner, Esq.
Nevada Bar No. 8386
Ramir M. Hernandez, Esq.
Nevada Bar No. 13146
7785 W. Sahara Ave., Suite 200
Las Vegas, Nevada 89117
(702) 475-7964; Fax: (702) 946-1345
*dbrenner@wrightlegal.net*
*rhernandez@wrightlegal.net*

*Attorneys for the Trust Defendants (defined below)*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| Richard Klein, Raymond Urias, and Sandra J. Gunter, individually and on behalf of all others similarly situated,<br><br>                    Plaintiffs,<br><br>vs.<br><br>National Collegiate Student Loan Trust 2005-3 et al.,<br><br>                    Defendants. | Case No.:  2:22-cv-01392-GMN-BNW<br><br>**MOTION TO EXTEND TIME TO FILE CORRECTED VERIFIED PRO HAC VICE PETITION (FIRST REQUEST)** |

Defendants National Collegiate Student Loan Trust 2005-3, National Collegiate Student Loan Trust 2006-3, National Collegiate Student Loan Trust 2007-1, National Collegiate Student Loan Trust 2007-2, National Collegiate Student Loan Trust 2007-3, and National Collegiate Student Loan Trust 2007-4 (together, the "Trust Defendants") hereby file this request to extend the time to correct the Verified Petition to Pro Hac Vice filed by Petitioner Julia C. Webb [ECF No. 67] ("Verified Petition") on May 22, 2023.

On May 23, 2023, this Court entered a Minute Order stating that the Verified Petition was insufficient because it did not provide the completed form required by LR IA 11-2(d) and that a corrected Verified Petition needed to be entered by no later than May 29, 2023 [ECF No. 68]. Counsel for the Trust Defendant did not use the required form because it did not believe it was necessary as Ms. Webb comes from a firm, Locke Lord LLP, that the Trust Defendants representative and local counsel had already agreed could represent the Trust Defendants in the application of other attorneys appearing pro hac vice on behalf of the Trust Defendants [ECF No. 9-11].

To be compliant with LR IA 11-2(d) and the Minute Order, counsel for the Trust Defendants will need additional time from the current deadline of May 29, 2032, to obtain the signature of the Trust Defendants' representative because the current deadline is a holiday, and the representative will not be available to sign the appropriate form approving Ms. Webb's appearance pro hac vice until after that date.

Therefore, the Trust Defendants respectfully request that this Court extend the time for the Trust Defendants to file a corrected Verified Petition up until June 2, 2023. This extension is necessary because as the Minute Order points out, the denial of the Verified Petition will require the repayment of the filing fee.

/././

/././

/././

/././

/././

1  This is the first motion for an extension of time for Defendants to complete the Pro Hac
2  Vice Application of Julie Webb. The extension is requested in good faith and is not for purposes
3  of delay or prejudice to any other party.
4  DATED this 26th day of May, 2023.

LOCKE LORD LLP

*/s/ Gregory T. Casamento*
Gregory T. Casamento (*pro hac vice*)
R. James DeRose, III (*pro hac vice*)
Brookfield Place,
200 Vesey St., 20th Flr.
New York, New York 10281-2101
(212) 415-8600
*gcasamento@lockelord.com*
*rderose@lockelord.com*

J. Matthew Goodin (*pro hac vice*)
111 S. Wacker Dr., Ste. 4100
Chicago, Illinois 60606
(312) 443-0472
*jmgoodin@lockelord.com*

WRIGHT, FINLAY & ZAK, LLP
*/s/ Ramir M. Hernandez*
Ramir M. Hernandez, Esq.
Nevada Bar No. 13146
Darren T. Brenner
Nevada Bar No. 8386
7785 W. Sahara Ave., Suite 200
Las Vegas, Nevada 89117
*rhernandez@wrightlegal.net*
*dbrenner@wrightlegal.net*
*Attorneys for the Trust Defendants*

IT IS SO ORDERED:

_____
UNITED STATES DISTRICT COURT
JUDGE

DATED: _____

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that I am an employee of WRIGHT, FINLAY & ZAK, LLP and that I served the foregoing **MOTION TO EXTEND TIME TO FILE CORRECTED VERIFIED PRO HAC VICE PETITION (FIRST REQUEST)** on the 26th day of May, 2023, to all parties on the CM/ECF service list.

*/s/ Lisa Cox*
An Employee of WRIGHT, FINLAY & ZAK, LLP