Honorable Mike K. Nakagawa
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT

DISTRICT OF NEVADA

* * * * * *

| | |
|---|---|
| In re:<br><br>MICHAEL RAY GUNTER and SANDRA JO GUNTER,<br><br>Debtors. | Case No.: 20-13002-mkn<br>Chapter 7 |
| SANDRA J. GUNTER, individually; RAYMOND URIAS; and RICHARD KLEIN,<br><br>Plaintiffs,<br><br>vs.<br><br>NATIONAL COLLEGIATE STUDENT LOAN TRUST 2005-3, et al.,<br><br>Defendants. | Adv. Proc. No.: 25-01139-mkn<br><br>Date: December 3, 2025<br>Time: 9:30 a.m. |

**AMENDED ORDER ON MOTIONS TO DISMISS ADVERSARY PROCEEDING**[1]

Concurrently herewith, this bankruptcy court has entered its **Amended** Memorandum Decision and Recommendation on: **(I)** National Collegiate Student Loan Trust's Motion to Dismiss First Amended Complaint Pursuant to Fed. R. Bankr. P. 7012(b) and Fed. R. Civ. P. 12(b)(1 and 6); **(II)** Transworld Systems Inc.'s Motion to Dismiss First Amended Complaint Pursuant to Fed. R. Bankr. P. 7012(b), Fed. R. Civ. P. 12(b)(6), and LR 9014; and **(III)**

[1] In this **Amended** Order, all references to "AECF No." are to the documents filed in the above-captioned Adversary Proceeding. All references to "USDC Docket No." are to the documents filed and matters presented in the proceeding described below.

Pennsylvania Higher Education Assistance Agency's Motion to Dismiss First Amended Complaint Pursuant to Fed. R. Bankr. P. 7012(b), Fed. R. Civ. P. 9 and 12(b)(6), and LR 9014.[2]

The **Amended** Memorandum Decision and Recommendation was entered in accordance with the Order of the United States District Court for the District of Nevada ("Nevada USDC"), entered on June 3, 2025, in the civil action styled as Klein, et al. v. National Collegiate Student Loan Trust, etc., et al., Case No. 2:22-cv-01392-RFB-BNW. (USDC Docket No. 99). The Nevada USDC transferred that civil proceeding to this bankruptcy court, where the matter was assigned Adversary Proceeding No. 25-01139-mkn. The purpose of the transfer was set forth in a transcript of a Nevada USDC hearing ("Transcript") that was held on February 27, 2024. (USDC Docket No. 97). In relevant part, the Nevada USDC stated that "the Bankruptcy Court's determination of the violation or not of its discharge order would be a substantial and significant factor in terms of how the case proceeds." (Transcript at 22:12-14). The Nevada USDC further stated that "if it turns out that the case has to come back to me, then I will address that at the time. But I am going to order that the case be transferred to the Bankruptcy Court pursuant to the Court's local rules and pursuant to the Court's determination that the fundamental dispute between the parties turns on a determination by the Bankruptcy Court of a violation of its discharge order." (Transcript at 22:15-21).

For the reasons stated in the **Amended** Memorandum Decision and Recommendation, **IT IS HEREBY ORDERED** that the instant civil matter be, and the same hereby is, returned to the United States District Court for the District of Nevada in Klein, et al. v. National Collegiate Student Loan Trust, etc., et al., Case No. 2:22-cv-01392-RFB-BNW, for consideration of the bankruptcy court's recommendation. The Clerk of the Court is directed to take all steps necessary to carry out this directive.

**IT IS FURTHER ORDERED** that the instant Adversary Proceeding be, and the same

[2] The original versions of the Amended Memorandum as well as this Amended Order were entered on August 7, 2026, as Docket Nos. 137 and 139. The amendment appears in **bold, underline, and red font**. The relevant amended language appears at 18:19-21 of the **Amended** Memorandum.

hereby is, **STAYED** pending further order of the United States District Court.

Copies sent via CM/ECF ELECTRONIC FILING

Copies sent via BNC to:

SANDRA J. GUNTER
601 E FAIRWAY RD
HENDERSON, NV 89015

GERARDO AVALOS
FREEDOM LAW FIRM
8985 S EASTERN AVE STE 350
LAS VEGAS, NV 89123

TIM LONGEST on behalf of Plaintiff RICHARD KLEIN
BRYSON HARRIS SUCIU & DEMAY, PLLC
900 W. MORGAN STREET
RALEIGH, NC 27603

GREGORY T. CASAMENTO on behalf of Defendant NATIONAL COLLEGIATE STUDENT LOAN TRUST
TROUTMAN PEPPER LOCKE LLP
200 VESEY STREET 20TH FLOOR
NEW YORK, NY 10281

R. JAMES JUDE DEROSE, III
TROUTMAN PEPPER LOCKE LLP
875 THIRD AVENUE
NEW YORK, NY 10022

R. JAMES JUDE DEROSE, III on behalf of Defendant NATIONAL COLLEGIATE STUDENT LOAN TRUST 2007-4
TROUTMAN PEPPER LOCKE LLP
200 VESEY STREET STE 2001
NEW YORK, NY 10281

SCOTT C HARRIS
MILBERG COLEMAN BRYSON PHILLIPS GROSSMAN
900 W MORGAN ST
RALEIGH, NC 27603

BRYAN C. SHARTLE on behalf of Defendant TRANSWORLD SYSTEMS, INC.
LAKEWAY TWO, SUITE 200
3850 N. CAUSEWAY BLVD.
METAIRIE, LA 70002

BRYAN C SHARTLE
SESSIONS, FISHMAN, NATHAN, & LSRAEL
3850 N. CAUSEWAY BLVD, SUITE 200
METAIRIE, LA 70002

BRADLEY J. ST. ANGELO on behalf of Defendant TRANSWORLD SYSTEMS, INC.
SESSIONS, ISRAEL & SHARTLE, LLC
3838 N. CAUSEWAY BLVD., SUITE 2800
METAIRIE, LA 70002

# # #